UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                  Case No.: 8:17-bk-01801-CPM
                                                                        Chapter:        7

Gary R. Lightbourn
and Stephanie Michelle Lightbourn,

        Debtors.
_____/

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Order Granting Caliber Home Loans, Inc.'s Motion for Relief from the Stay** (**ECF No. 16**) was served on all interested parties via the CM/ECF filing system or to the addressees as indicated on the attached Service List.

Dated: May 17, 2017

                                                        Respectfully submitted,

                                                        */s /Leslie Rushing*
                                                        Leslie Rushing, Esq.
                                                        Florida Bar No. 98106
                                                        Quintairos, Prieto, Wood & Boyer, PA
                                                        1475 Centrepark Blvd., Suite 130
                                                        West Palm Beach, FL 33401
                                                        Phone: (561) 686-1880
                                                        Fax: (561) 686-1886
                                                        Attorney for Caliber Home Loans, Inc.
                                                        Primary Email:
                                                        leslie.rushing@qpwblaw.com
                                                        Secondary Email:
                                                        flmdbknotices@qpwblaw.com

## **CERTIFICATE OF SERVICE**

I certify that I have caused to be served a copy of the foregoing Proof of Service, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: <u>May 17, 2017</u>              <u>/s/ Leslie Rushing</u>
                                        Leslie Rushing, Esq.
                                        Florida Bar No. 98106

Copies Furnished To:

<u>By CM/ECF Receipt</u>:

Linda Lee Wynn, Esq.
Attorney for Debtors
Law Offices of Linda Lee Wynn, P.A.
PO Box 48856
Tampa, FL 33646
Email: lwynnlaw@aol.com

Trustee
Traci K. Stevenson
P O Box 86690
Madeira Beach, FL 33738

U.S. Trustee
United States Trustee - TPA7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

<u>By First Class Mail</u>:

Gary R. Lightbourn
and Stephanie Michelle Lightbourn
4923 80th Ave Circle East
Sarasota, FL 34243